UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

Bank of Ann Arbor,
a Michigan chartered banking corporation,

    Plaintiff,

vs

Case No. 2:17-cv-11704-DML-EAS
Mag. Judge Elizabeth A. Stafford
Hon. David M. Lawson

Hensley Precision Carbide & Broach, Inc.,
a Michigan corporation, Derona-Shar, L.L.C.,
a Michigan limited liability company, the Sharon
M. Raymond Trust, u/a/d August 14, 1997,
Sharon M. Raymond, United States of America-
Department of the Treasury, and State of Michigan-
Department of Treasury,

    Defendants.

---

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

The parties, through their respective counsel, state:

1.    This action was filed on May 30, 2017.

2.    Pursuant to an Order of Partial Dismissal (DN 12) entered on July 27, 2017, this matter was dismissed without prejudice and without costs to any party, as to Defendant United States of America-Department of the Treasury only.

3. Defendant State of Michigan-Department of Treasury is the only party to have filed either an answer or a motion for summary judgment, and no other appearances of counsel have been filed.

4. The parties, as evidenced by the electronic signatures of their counsel below, stipulate and agree to the dismissal of this action, without prejudice and without costs to any party, pursuant to Fed. R. Civ. Pro. 41(a)(2).


Plunkett Cooney

By: /s/Douglas C. Bernstein
Douglas C. Bernstein (P33833)
Attorneys for Plaintiff

Bill Schuette
Attorney General

By: /s/Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
Attorneys for State of Michigan-
Department of Treasury

Open.22503.71448.18951630-1