UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANK OF ANN ARBOR,

        Plaintiff,                                  Case Number 17-11704

v.                                                    Honorable David M. Lawson

HENSLEY PRECISION CARBIDE
& BROACH, INC., DERONA-SHAR, LLC,
SHARON M. RAYMOND TRUST
u/a/d August 14, 1997, SHARON M.
RAYMOND, and STATE OF MICHIGAN,
DEPARTMENT OF TREASURY,

        Defendants.
_____/

## ORDER OF DISMISSAL

On August 24, 2017, the plaintiff and defendant the State of Michigan presented to the Court a stipulation to dismiss the case without prejudice. The State of Michigan is the only defendant that has appeared or answered the complaint, and no party has filed any motion for summary judgment. The Court therefore will dismiss the case. *See* Fed. R. Civ. P. 41(a)(1)(A) ("[T]he plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.").

Accordingly, pursuant to the stipulation of the parties, it is **ORDERED** that the case is **DISMISSED** without prejudice and without costs to any party.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Dated:  August 24, 2017

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 24, 2017.

s/Susan Pinkowski<br>
SUSAN PINKOWSKI